UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DOMINGO P. GUERRA,

                              Plaintiff,

v.                                                    5:08-CV-0028
                                                            (NPM/GHL)

STEPHEN C. JONES, et al.,

                              Defendants.
_____

APPEARANCES:                                                    OF COUNSEL:

DOMINGO P. GUERRA
Plaintiff *pro se*
107 Cherry Hill Road
Dewitt, New York 13214

FERRARA, FIORNENZA, LARRISON,
     BARRETT & REITZ, P.C.                            MILES G. LAWLOR, ESQ.
Counsel for Defendants
5010 Campuswood Drive
East Syracuse, New York 13057

GEORGE H. LOWE, United States Magistrate Judge

## ORDER

Since July 10, 2008, Plaintiff has filed four letter-briefs. (Dkt. Nos. 28-31.) This is in addition to several submissions previously filed by the parties.

**ACCORDINGLY**, it is hereby

**ORDERED**, that the parties are not to file any additional papers, pending further order by the Court; and it is further

**ORDERED**, that should either party attempt to file any additional papers, the Clerk of

the Court is directed to refuse to accept and file such papers.

Dated: July 24, 2008
      Syracuse, New York

                                        George H. Lowe
                                        United States Magistrate Judge