# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**Domingo P. Guerra**

  vs.         **CASE NUMBER: 5:08-CV-29 (NPM/GHL)**

**Stephen C. Jones, Syracuse City School District Superintendent for the 2004-2005 School Year; Daniel Lowengard; Ann Sanzone; Joan O'Shea; Colleen Brennon; Nancy Zarach; Barbara Warren; Ned Deuel; Laurie Menkin; Calvin Corriders; Cynthia Kirby; Dorothy Matthews; Nancy McCarty; Kim Rohadfax-Ceaser; and John Does**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's Motion for Summary Judgment is granted.  The request for Attorney Fees is denied without prejudice.  Judgment is entered in favor of the defendants' in this action.

All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 17th day of March, 2010.

DATED: March 17, 2010

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk